# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

Kwadzo Watson,

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 08-132-M

I, Kwadzo Watson, charged in a (complaint) (petition) pending in this District with Being a felon in possession of a firearm, ct-1, in violation of Title 18, et-1, U.S.C., 1922(g)(1) & 924(a)(2) ct-1;

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

_____
Counsel for Defendant

7/29/2008
Date