

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ~~Criminal Action~~ No. 08-133 |
| | ) | Criminal |
| KWADZO WATSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about July 28, 2008, in the State and District of Delaware, Kwadzo Watson, defendant herein, did knowingly possess in and affecting interstate commerce, a firearm, that is a .357 Smith and Wessson Model #686 handgun, serial #ADF2731/73186, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT TWO

On or about July 28, 2008, in the State and District of Delaware, Kwadzo Watson, defendant herein, did knowingly possess with intent to distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT III

On or about July 28, 2008, in the State and District of Delaware, Kwadzo Watson, defendant herein, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States (to wit, the knowing possession with intent to distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, as set forth in Count II of this Indictment and incorporated by reference as if fully set forth herein), did knowingly possess a firearm, to wit, a .357 Smith and Wessson Model #686 handgun, serial #ADF2731/73186, all in violation of Title 18, United States Code, Sections 924(c)(1)(A).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

1. a .357 Smith and Wessson Model #686 handgun, serial #ADF2731/73186; and

2. 6 rounds of ammunition.

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Geoffrey G. Grivner
Special Assistant United States Attorney

Dated: August 26, 2008